

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2015

No. 04-15-00005-CV

**IN RE ESTATE OF JACK HIROMI IKENAGA, SR.,** Deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-4330
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

The District Clerk's Extension of time to file the Clerk's Record is this date NOTED. Time is extended to March 1, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

Shelayne Clemmer
Prichard Hawkins McFarland & Young
10101 Reunion Place, Suite 600
San Antonio, TX 78216

William H. Ford
Ford Murray, PLLC
10001 Reunion Pl Ste 640
San Antonio, TX 78216-4187

David L. McLane
Law Office of David L. McLane, PC
1924 N. Main Street
San Antonio, TX 78212-8610

Mark Stanton Smith
Heard & Smith, LLP
3737 Broadway Ste 310
San Antonio, TX 78209-0000

Clayton Gary Mansker
Heard & Smith LLP
3737 Broadway, Ste. 310
San Antonio, TX 78209

Sandra A. Ikenaga
P.O. Box 593515
San Antonio, TX 78259

Samuel Vance Houston III
Houston Dunn, PLLC
4040 Broadway St, Ste 440
San Antonio, TX 78209